IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EMPRESA GENEREADORA DE ELECTRICIDAD ITABO, S.A., *et al.*, Plaintiffs, | § § § § | |
| v. | § § | CIVIL ACTION NO. H-06-1162 |
| McGRIFF, SEIBELS & WILLIAMS OF TEXAS, INC., *et al.*, Defendants. | § § § § | |

### REMAND ORDER

For the reasons stated in the accompanying Memorandum and Order, it is hereby

**ORDERED** that Plaintiffs' Motion to Remand [Doc. # 5] is **GRANTED** and this case is **REMANDED** to the 113th Judicial District Court of Harris County, Texas.

SIGNED at Houston, Texas, this **18th** day of **May, 2006**.

_____
Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2006\1162RemandOrder.wpd   060518.1439